district court for the United States

Northern District of Florida

E-yage Bowens, ex relatione E-YAGE BOWENS
Authorized Representative, Legalis Homo
in Rectus Curia, sui juris, in Propria Persona,
sui potens

              Claimant        CASE NO.

vs.

THE WARDEN OF TAYLOR CORRECTIONAL INSTITUTION
            Respondent

    I. EXIGENT COMMON LAW WRIT OF HABEAS CORPUS AS A MATTER OF RIGHT
      a. BILL FOR REPLEVIN IN CEPIT, ALIEN TORT
      b. BILL OF ASSUMPSIT, ALIEN TORT
      c. BILL QUIA TIMET, ALIEN TORT
      d. ACTION FOR RECOVERY OF BILL OF LADING U.C.C. §1-201(6) UNDER
         ADMIRALTY JURISDICTION

NOTICE TO AGENT IS NOTICE TO PRINCIPAL - NOTICE TO PRINCIPAL IS NOTICE TO AGENT

1. The amount in controversy is greater in sum than $20.00

2. This action is against Respondent in his or her official and personal capacity. The name of Respondent JOHN or JANE DOE is unknown to Claimant at present but will be obtained through discovery process.

3. The habeas corpus lies to test proceedings so fundamentally lawless that imprisonment pursuant to them is not merely erroneous but is void ab initio. Claimant is ceaselessly subjected to, and victimized by, such proceedings. Fay v. Noia, USNY 1963, 83 S.Ct. 822, 372 U.S. 391, 9 L Ed. 2d 837, 2400 2d 12.

4. The writ of habeas corpus' issuance by federal courts is governed by equitable principles.

5. The presence of Claimant in this action as a de jure extranational Alien, non U.S. citizen, who is domiciled, ab initio, within the private sector who is a legalis homo rectus in curia, in propria persona, with full and complete standing, sui potens, suffices to make his claim justiciable, Brown v. City of Los Angeles, 521 F. 3d 1238; his claim is not moot, Jacobs v. Clark County School Dist., 526 F. 3d 419, C.A. 9 (Nev.) 2008; the controversy is ripe and one which this Honorable Court can finally and effectively decide, under tests and standards, to soundly administer relief within its special field of competence, In re Jarvis, 405 B.R. 611, Bkrtcy. N.D. Ohio 2009; Blankenship v. U.S., 84 Fed. Cl. 479, Fed. Cl. 2008; and there is an actual controversy is extant to all stages of review — not merely at the time claim was filed, Davis v. Federal Election Com'n, 128 S.Ct. 2759, 554 U.S. 724, 171 L.Ed. 737, U.S. Dist. Col. 2008.

6. The harm that claimant suffers has matured sufficiently to warrant judicial intervention and is time for this Court to take up the asserted claim. Nulankeyutmonen Nkihtaqmikon v. Impson, 503 F. 3d 18 (C.A. 1 (Me.) 2007). As the issue is fit for judicial resolution, irreparable harm and denial of justice will result in an immediate and instant manifest injustice hardship upon claimant should there be a continued withholding of judicial consideration. Coalition for Common Sense in Government Procurement v. Secretary of Veterans Affairs, 464 F. 3d 1306 (C.A. Fed. 2006).

7. Claimant's controversy under Article III, U.S.C.A. Const., touches the legal and lawful relations of the parties who each have diverse legal interests, real and substantial — admitting specific relief through a decree of a concluse character. Prasco, LLC v. Medicis Pharmaceutical Corp., 537 F. 3d 1329, C.A. Fed (Ohio) 2008.

8. Claimant from the 21st of January, 2011, until the 8th of July, 2015, was ceaselessly subjected to a fictitious criminal action by a court of incompetent jurisdiction void of Judicial Article, under color of law and color of authority. This legislative court created by statute, and not the Constitution, is not a court of law because Congress does not possess Judicial Article powers.

9. The purported public agents of the government were, and still are, non-public government officials. They are in genuine fact private independent contractors for a fictitious foreign state within a state, see Howard v. Sinking Fund of Louisville, 344 U.S. 624, 73 S. Ct. 465, 476, 97 L. Ed. 617 (1953); and Schwarts v. O'Hara TP School District, 100 A 2d. 621, 625, 375, Pa. 440, compare also 31 C.F.R. Parts 51.2 and 52.2 which also identify a fictitional State within a state. This fictitious "State" is identified by the use of two-letter abbreviations like "PA", "AZ", and "FL", etc., as distinguished from the authorized abbreviations for the sovereign Union Republic several states: "Pa.", "Ariz.", and "Fla.", etc. The fictional State also uses ZIP code(s) that are within the municipal, exclusive legislative jurisdiction of Congress.

10. Claimant did not receive a fair trial where each and every judge who presided over the Bill of Pains and Penalties case number F11001982, had a pecuniary interest in the matter and were extremely partial towards their private corporation acting upon extrajudicial oaths. These acts are in direct violation to the Oaths and Affirmation Clause, USCA Const. art. VI, cl. 3, and their obligational mandate under the Republican Form of Government Guarantee Clause, U.S.C.A. Const. art. IV, § 4.

11. Claimant did not receive the Criminal Rules and Procedures for Statutory Law Jurisdiction, therefore understood not the nature, nor the letter, of their **purported law**.

12. Claimant is not the real party of interest to the fictitious criminal action.

13. Claimant is the innocent party to the fictitious criminal action.

14. Claimant is in possession of absolute and actual innocence of any criminal act.

15. Claimant is a victim of deprivation of liberty, property, the Right of Association, the Right to Contract, the Right to Travel, the Freedom of Speech, the Freedom of Religion and each and every Unalienable Fundamental Right, Privilege and Immunity guaranteed by the Bill of Rights — all without Due Process. U.S.C.A. organic Const. Amend. 5.

16. Claimant is the victim of selective and retaliatory prosecution.

17. The organic Due Process Clause, U.S.C.A. Const. Amend. 5, applies to all persons within the United States, including aliens, whether their presence here is lawful, unlawful, or temporary. See, e.g., Kaur v. Ashcroft, C.A. 9 2004, 388 F. 3d 734, and, all aliens within the United States are "persons" and People entitled to the protection of the substantive component of the organic 5th Amendment Due Process Clause. See, e.g., Lawson v. Gerlinski, M.D. Pa. 2004, 332 F. Supp. 2d 735.

18. "The court is Bound by the law of the nations which is part of the law of the land." The Nereide, Bennett, Master, 13 U.S. 388, 423 (1815).; See, e.g., Habeas Corpus Act (31 Car. 2, 1679).

19. Fraud, whether intrinsic or extrinsic, misrepresentation, and other misconduct of respondent are express grounds for relief. There is no sound reason for their exclusion. The incorporation of fraud and the like within the scope of the Law also removes confusion as to the proper procedure. It has been held that relief from a decree or

judgment obtained by extrinsic fraud could be secured by a bill or writ or motion within a reasonable time. See, e.g., Fiske v. Buder, C.C.A. 8th, 1942, 125 F.2d 841; See, also, e.g., inferentially Buey v. Nevada Construction Co., C.C.A. 9th, 1942, 125 F.2d 213.

20. Claimant is unlawfully deprived of liberty and each and every Unalienable Right, Privilege and Immunity because of respondent's ceaseless use of colorable negotiable security instruments in an attempt to and for the purpose of drawing claimant into commerce by fraudulent and material alteration of said instruments, identified under the Uniform Commercial Code (U.C.C. hereinafter) § 3-407(2)(a); fraud in the inducement and fraud in the factum identified under U.C.C. § 3-305; for the sole manner of procurement of claimant's private wealth and resources, and his physical individual person, in order to transfer them, and him, into the public sector for trading as a commodity for profit via a constructive cestui que vie trust, while attempting to denationalize claimant. This is in fact, and in law, human trafficking, peonage and slavery, genocide and torture, all under color of state law and color of authority. There is a sufficient consensus that genocide by private actors violates international law. Kadic v. KarDdzic, 70 F.3d 232, 239-241 (C.A. 2 1995), cited in Sosa v. Averez-Machain, 542 U.S. 692 (U.S. 2004) See Justice Scalia's opinion concurring in part and concurring in the judgment.

21. Claimant timely reserved all his rights under U.C.C. § 1-308 in conjunction with U.C.C. § 1-103. This reservation asserts his right not to be compelled to perform under any contract or commercial agreement that he did not enter knowingly, voluntarily, and intentionally. Therefore Claimant did not accept the liability of the compelled benefit of any unrevealed contract or commercial agreement. Moreover, "the code is complimentary to the common law, which remains in force, except, where displaced by the code. A statute should be construed in harmony with the Common Law,

unless there is a clear legislative intent to abrogate the Common Law." Anderson 3rd ed., U.C.C. 1-103.

22. Claimant Accepted For Value, Conditionally, and Refused For Value Without Dishonor.

24. Respondent, and the aforementioned private corporate agents and agency(s), presentment was an unconscionable contract, U.C.C. § 2-302, leading to a sham action.

25. When Claimant Refused For Value Without Dishonor, U.C.C. § 3-501(b)(3) and Respondent, and the aforementioned private corporate agents and agency(s), Dishonored his Presentment, all future presentment(s), notice(s), and protest(s), including all defenses claimed by them were waived. See, e.g., Fullerton v. Rundlett, 27 Me. 31 and U.C.C. §§ 1-103, 1-207, 3-104, 3-107, 3-110, 3-122, 3-131, 3-164, 3-198, 3-198, 3-207, 3-244, 3-256, 3-275, 3-281, 3-325, 3-329, 3-332, 3-334, 3-352, 3-354, 3-365, 3-371, 3-383, 3-395, 3-408, 3-411, 3-413, 3-347, et seq.; 42 So. 886, Baumeister v. Kuntz, (Fla. 1907).

26. Claimant, under the Doctrine of Election of Remedies which applies under the U.C.C. — only where alternative remedies are repugnant and inconsistent, Land v. Cessna Aircraft Co., App. 1 Dist., 466 So. 2d 1265 (1985), seeks to assert his right to compell performance, assurance, and accelerate at will under the U.C.C. and equity and admiralty, the remedy of accounting and request for admissions, including, but not limited to, the return of claimant's chattle paper(s) U.C.C. § 9-102(a)(11) and the certified proof of respondent's registered claim on the transmitting utility E-YAGE BOWENS — ens legis and constructive Cestui que vie juristic trust — associated with the Federal Reserve Account, 31 USCA §§ 3128 and 3113 (a)(B)(d)(i)(A)(B)(c) — and the surety and or indemnity Bond associated with said juristic trust and the accompanying CUSIP Number associated with the CUSIP DATA SYSTEMS "court" case number relating to the fictitious criminal action

which provides proof genuine that respondent and the court of incompetent jurisdiction entered into profit-based Financial Transactions without claimants knowledge and consent. See U.C.C. §§ 1-201(25)(26)(27), 1-203, 9-307(8).

27. Claimant incorporates numbers 1-26 and realleges by reference for the action for recovery of Bill of Lading U.C.C. § 1-201(6) to be entered in and for the record to convert the Liability to the Holder of the Notes and place pressure on the Party to Ledger the account or claimant will liquidate it and report it to the U.S. Treasury, the I.R.S. and other appropriate Agencies, making the respondent, and all those associated with the matter-in-conflict liable for the Funds to Zero-0-out the Case Account(s) and then finish it off with an International Tort Claim. See, also, I.R.S. 1099 OID Form.

## Relief Sought
## As A Matter of Right

1. Claimant has absolute privilege and right to not be arrested, falsely imprisoned, and deprived of his life, liberty, property and the remaining unnumerated and numerated Unalienable Rights, Liberties, Privileges and Immunities for a civil action purported and perpetrated by Respondent as a criminal action by a court of incompetent jurisdiction void of Judicial Article, under color of law and color of authority, thus a Writ of Habeas Corpus must issue for unconditional release sooner than immediate without sale or delay, as a matter of right and as a matter of Equity, as claimant has no adequate remedy at law, suffers irreparable injury.

2. PROOF OF CLAIM, sought under Request of Admissions, that the contrary is true about Article IV courts as evidenced:
    "These Courts, then, are not constitutional Courts, in which the judicial power conferred by the Constitution on the general government, can be deposited.

7/10

They are incapable of receiving it. They are legislative Courts, created in virtue of the general right of sovereignty which exists in the government, or in virtue of that clause which enables Congress to make all needful rules and regulations, respecting the territory belonging to the United States... In legislating for them, Congress exercises the combined powers of the general, and of a state government." American Ins. Co. v. Canter, 1 Pet., at 546, 7 L.Ed. 242 (Marshall, C.J.)

And that Article IV courts "are not organized under the Constitution, nor subject to its complex distribution of the powers of government, as the organic law; but are the creations, exclusively, of the legislative department, and subject to its supervision and control." Benner v. Porter, 9 How. 235, 242, 13 L.Ed. 119 (1850).

2a. To be entered in and for the Record — a genuine and certified copy of the Delegation of Authority Order issued by Congress to the purported court that held the fictitious criminal action, that outlines the authority, jurisdiction, limitations, and power of said court, identifying it as, or as not, a "Court of Law"

2b. To be entered in and for the Record — PROOF OF CLAIM, sought under Request of Admissions, that the contrary is true about the purported Judge Stephan Thomas Millan, who presided over the fictitious criminal action as the adjudicative decisionmaker and does not possess life tenure and a permanent salary, is "incapable of exercising any portion of the judicial power." Ex parte Randolph, 20 F. Cas. 242, 254 (No. 11, 558) (CC Va, 1833) (Marshall, C.J.); U.S.C.A. Const. art. III, §1. See Glidden Co. v. Zdanok, 370 U.S., at 543, 82 S.Ct., at 1469 (opinion of Harlan, J. referring to the only "Courts of Law" are those authorized by Article III, §1); United States v. Mouat, 124 U.S. 303, 307, 8 S.Ct. 505, 506, 31 L.Ed. 463 (1888).

3. To reduce time for responding to Request for Admissions to a date of 72 hours after receipt of Notice of claimants Exigent Common Law Writ of Habeas Corpus in direct reference to number 26 and number 27 of the main body and numbers 2 through 26; and an order directing respondent to pay the reasonable expenses incurred by movant in proving the facts described in this Writ and Bill.

4. That all responses be made under penalty of perjury, with a jurat, wet-ink signatures in proper color ink, under official seals and in full compliance with their sworn Oaths to support the U.S. Constitution, Article VI, cl. 3, to provide and guarantee to every State in this Union a Republican form of Government and shall protect them against Invasion, Article IV, §4; 28 USCA § 1781.*

5. Summary Affirmance for all relief sought, without sale or delay, as a matter of right and matter of law. Summary Affirmance of this case is appropriate as "the position of one party is so clearly correct as a matter of law that no substantial question regarding the outcome... exists." Joshua v. United States, 17 F.3d 378, 380 (Fed. Cir. 1994); costs of suit; and other relief deemed appropriate.

NOTE TO RESPONDENT:
Non response is agreement. Partial response without rebuttal is agreement. Any Points left unrebutted are points in agreement. Ignorance of the law is no excuse. Therefore, the united States Constitution places the burden of proof back upon the government, as required by the Administrative Procedures Act, 5 U.S.C.A. § 556(d).

Claimant's Declaration under Penalty of Perjury under Common Law

I affirm that all of the foregoing is true and correct. I affirm that I am of lawful age and am competent to make this claim. I do hereby affix my own autograph

---

\* Hague convention on taking of evidence abroad in civil or commercial matters

to all the statements and claims made in the entire document, writ, and Bill with explicit reservation of all, each, and every one of my Unalienable Rights and my specific common law right to not be bound by any contract or obligation which I have not entered into knowingly, willingly, voluntarily, and without misrepresentation, fraud, deceit, duress or coercion. Further Claimant Saith Not.

E-yage Bowens, ex relatione E-YAGE BOWENS,
Authorized Representative, Legalis Homo Rectus
in Curia, Principal, in Propria Persona, sui juris,
sui potens

*E-yage* _____
My autograph and Mark

Date: the 12th of October, 2015

Claimant Reserves his Right to Amend this Writ and Bill without Leave of court.

This Great Writ is with Good Faith, therefore Claimant seeks to be free from any and all retaliatory acts sought to be taken by respondent and his or her agents, including, but not limited to confinement, verbal and physical assault and battery, sonic bombardment, strip searches, physical restraint, forced labor, food contamination, nosocomial abuse, subjection to extreme temperatures, waterboarding, deprivation of: food, sleep, sanitation, mail service, phone service, voiding of the bowels and bladder, shower and or bathing, water; torture, psychological and medical experimentation and any and all other form of institutional arbitrary abuse or authority imaginable or actual. I come in Peace.

10/10

SUMMARY AFFIRMANCE. Summary affirmance of this case is appropriate as "the position of one party is so clearly correct as a matter of law that no substantial question regarding the outcome... exists." Joshua v. United States, 17 F.3d 378, 380 (Fed. Cir. 1994).

# CAVEAT ACTOR

### LEGAL NOTICE AND DEMAND

TO: ALL STATE, FEDERAL AND INTERNATIONAL PUBLIC OFFICIALS

THIS IS A CONTRACT IN COMMERCIAL AND ADMIRALTY JURISDICTION

THIS TITLE IS FOR YOUR PROTECTION

NOTICE TO AGENT IS NOTICE TO PRINCIPAL - NOTICE TO PRINCIPAL IS NOTICE TO AGENT

Attention and NOTICE IS HEREBY GIVEN: Any and all DE FACTO or DE JURE Governments, Municipalities, Cities, Townships, Public Officials, Lending Institutions, Brokerage Firms, Credit Unions, Depository Institutions, Insurance Agencies, Credit Bureaus and the aforementioned Officers, Agents, and Employees therein: This is a notice of the law as applicable to your corporate and personal financial liability in the event of any violations upon the de jure, Unalienable Rights, Immunities, and Privileges of Legalis Homo Rectus In Curia, Gentleman E-yage Ramil Afwa Bowens. This Contract being of Honor is presented under the "Good Faith (Oxford) Doctrine", Foreign Sovereign Immunities Act and International Public Order/Notice, but not limited to the Uniform Commercial Code and the Fair Debt Collection Practices Act.

All penalties will be assessed in lawful money to be paid in one troy ounce U.S. Silver Dollars that are .999 pure silver, or equivalent par values in legal tender or fiat paper money. Par value will be determined by the value established by a one troy once .999 pure silver coin at the U.S. Mint, or by law, whichever is highest in value at the time of incident. Any dispute over the par value will be decided by the undersigned. All penalty related charges shall be assessed against each and every any and all persons, governmental bodies, and corporate

10A/10A  1/v Addendum

entities, supra, or any combination thereof when they individually or collectively, and/or collectively, violate the Undersigned Rights, Privileges, Capacity, and Immunities Recognized, Addressed, Stated and Protected by each and every and any and all Land, Sea, Air, International, Galactic, and Intergalactic Contracts, Compacts, Agreements and Treaties, De Jure. All violations against the Undersigned will be assessed per occurrence, and individually and personally, including Representative(s) of any branch of government, agency or group, de facto or de jure, that is involved in any unlawful action against the Undersigned.

By your actions, carried out to the Undersigned's harm, said actions being ultra vires of the limits of power properly placed on the exercise of authority and power of such office and made in conflict with your Oath(s) of office, or of that of your principal, you shall lack recourse for all claims of immunity in any forum. Your knowing consent and admission of perpetrating known acts by your continued ultra vires enterprise is a violation of the Undersigned's Rights, Privileges, Capacities, and Immunities. This Contract exhausts all State maritime Article I administrative jurisdictions and protects Article III court remedies, U.S.C.A. Const., as guaranteed in the Constitution for the united States of America, including but not limited to any and all aforementioned de jure contracts, compacts, agreements, and treaties. In short, All Rights Reserved.

IGNORANCE OF THE LAW IS NO EXCUSE

This Contract is not set forth to threaten, delay, hinder, harass, or obstruct in any manner, but rather to protect guaranteed Rights and Defenses assuring that at no time the Unalienable Rights are ever waived or taken from the Undersigned against his will by threats, duress, coercion, fraud, or in any case, without his express written consent of waiver. None of the statements contained herein intend to threaten or cause any type of physical, or other, harm to anyone. The statements contained herein are to Notice any persons,

10A/10A   ii/v

whether real or corporate, of their potential personal, civil, and criminal liability if any, and when, such persons violate the Undersigned's Unalienable Rights. It is the Undersigned's standard policy to ALWAYS present this NOTICE to any de facto or de jure public or private officer, official, or agent attempting to violate the Undersigned's Rights. Said presentment is prima facie evidence of your receipt and acceptance of this presentment in your official and personal capacity, jointly and severally, for each and all de facto and de jure governmental, political, and corporate bodies. Any other individuals who have been, are, or hereafter will be involved in any actions, interactions, and transactions now existing or that may arise in the future against the Undersigned, shall only correspond to the Undersigned in writing while signing under penalty of perjury pursuant, but not limited to, Title 28 U.S.C.A § 1746.

Should you move against the Undersigned in defiance of this presentment, there is no immunity from prosecution available to you, or any of your fellow public officers, officials of government or private corporations, judges, magistrates, district attorney/state attorney/assistant state attorney/Attorney General, clerks or any other persons who become involved in any actions now existing, existing in the past, or that may arise in the future against the Undersigned by way of aiding and abetting other actors. Take heed and govern yourself accordingly. Any and all documents tendered to the Undersigned, lacking bonafide ink signatures, in proper color ink, with de jure official seals, or dates per Title 18 U.S.C.A. §§ 513-514, are counterfeit security instruments causing you to be liable in your corporate and personal capacity by fraudulent conveyance now and forevermore. If and when, you cause any injury and/or damages to the Undersigned by violating any of his Unalienable Rights, Privileges, Capacities, and Immunities, you agree to willingly, with no reservation(s) of rights and defenses, at and upon the written request of the Undersigned, surrender, including but not limited to, any and all bonds, public and/or corporate insurance

10A/10A   iii/v

policies; and/or CAFR Funds as needed to satisfy any and all claims as filed against you by the Undersigned. This applies to any and all Representatives, Agents, and Principals, severally and individually of any and all de facto or de jure local, state, federal, international, galactic, intergalactic, multinational or multi galactic governments, councils, corporations, agencies, sub-corporations or any and all of its subdivisions, including de facto compact corporate private commercial states contracting therein, e.g., the "STATE OF FLORIDA" "THE STATE OF FLORIDA," or by whatever name same may currently be known or be hereafter named, and the like. This document and contract cannot be retracted by any Representative, excluding the Undersigned, who under no willful and wanting circumstance will do so, on this Contract and document for one hundred years from this date affixed on this legally binding Contract.

Note: Non response is agreement. Partial response without rebuttal is agreement. Any Points left unrebutted are points in agreement. Ignorance of the law is no excuse. Therefore, the United States Constitution places the burden of proof back upon the government, as required by the Administrative Procedures Act, 5 U.S.C.A § 556 (d).

ALL OTHER CORPORATIONS not limited to: telephone companies, cable companies, utility companies, contractors, builders, maintenance personnel, investors, journeymen, inspectors, law enforcement officers, officers of the court, manufacturers, wholesalers, retailers, and all others, including all persons natural or fictional, including but not limited to, corporations, limited liability companies, limited liability partnerships, limited and general partnerships, trusts, foundations, DBAs and AKAs, are bound by all paragraphs, terms, and conditions herein, regardless of the nature of limited liability corporation(s) or affiliations such as "DBAs," "AKAs," incorporations, or any other types of businesses in commerce as deeded by this contract.

10A/10A.  iv/v

YOU ARE FINALLY NOTICED, having been given knowledge of the law and your personal financial liability in event of any violations of the Undersigned's Rights, Unalienable, and/or being. This Contract now in your hand constitutes timely and sufficient warning by good faith notice and grace regardless of your political, official, professional, or personal affirmations.

## NOTICE TO CLERK AND RECORDER

Pursuant to Title 18 U.S.C.A., Chapter 101, § 2071(b), "Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and shall be disqualified from holding any office under the United States."

## DECLARATION UNDER PENALTY OF PERJURY - COMMON LAW

I affirm that all of the foregoing is true and correct. I affirm that I am of lawful age and am competent to make this Contract. I do hereby affix my own signature to all the statements and affirmations made in this entire document with explicit reservation of all of my unalienable rights and my specific common law right not to be bound by any contract or obligation which I have not entered into knowingly, willingly, voluntarily, and without misrepresentation, fraud, deceit, duress or coercion.
FURTHER AFFIANT SAITH/SAYETH NOT.

E-yage Bowens, ex relatione E-YAGE BOWENS,
Authorized Representative, Legalis Homo Rectus in
Curia, Principal, in Propria Persona, sui potens,
sui juris, Executor of His Estate

_E-yage Bowens_
My Hand and Mark

Date: the 13-th of October, 2015

10A/10A V/V



E-yage Bowens
C/o Taylor-C.I.
8501 Hampton Springs Road
Perry, Fla. 32348
DC# M93599

Clerk, U.S. District Court
111 N. Adams Street, Suite 322
Tallahassee, Fla. 32301-7730

Mailed From A State Correctional Institution

LEGAL MAIL

